1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **CHRISTIAN L. D. PATTERSON,** | ) | NO. EDCV 08-1333-DOC (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING MAGISTRATE |
| v. | ) | JUDGE'S SUPERSEDING REPORT |
| | ) | AND RECOMMENDATION |
| **STATE OF CALIFORNIA, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The court concurs with the magistrate judge's recommendation.

ACCORDINGLY, IT IS ORDERED THAT:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: March 7, 2009

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE