UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN L. D. PATTERSON, ) | NO. EDCV 08-1333-DOC (CT) |
| Petitioner, ) | |
| ) | JUDGMENT ON SUPERSEDING |
| v. ) | REPORT AND RECOMMENDATION |
| STATE OF CALIFORNIA, et al., ) | |
| Respondents. ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the amended petition is denied and dismissed with prejudice.

DATED: March 7, 2009

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE